IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKY ASHLEY**                                                                             **PLAINTIFF**

**V.**                                  **CASE NO. 4:18-cv-00458 JM**

**GARY M. ARNOLD,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 12th day of July, 2018.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE